IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BFI WASTE SERVICES, LLC** | § | **PLAINTIFF/COUNTER-DEFENDANT** |
| | § | |
| v. | § | CAUSE NO. 1:08cv27 LG-RHW |
| | § | |
| **HARRISON COUNTY UTILITY** | § | |
| **AUTHORITY, f/k/a HARRISON** | § | |
| **COUNTY WASTEWATER AND SOLID** | § | |
| **WASTE MANAGEMENT DISTRICT** | § | **DEFENDANT/COUNTER-PLAINTIFF** |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [45] filed by the Plaintiff/Counter-Defendant, BFI Waste Services, LLC, the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Plaintiff/Counter-Defendant, BFI Waste Services, LLC, pursuant to Fed. R. Civ. P. 56.

**IT IS FURTHER ORDERED AND ADJUDGED** that BFI Waste Services, LLC is awarded $683, 890.72 contractual damages, as well as the statutorily required 1.5% interest per month from November 15, 2007, and reasonable attorneys fees.

**IT IS FURTHER ORDERED AND ADJUDGED** that Harrison County Utility Authority's counterclaim against BFI Waste Services, LLC is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 13th day of November 2008.

s/*Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge